IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CR62 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CHAD HERSHEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Karen M. Shanahan, Assistant Federal Public Defender, to withdraw as counsel for the defendant, Chad Hershey [17]. Since retained counsel, Chad J. Wythers, has entered an appearance for the defendant [15], the motion to withdraw [17] is granted. Karen M. Shanahan shall be deemed withdrawn as attorney of record and shall forthwith provide Chad J. Wythers with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Shanahan which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 19th day of June, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge