**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                        Plaintiff,          )<br>                                              )<br>     vs.                                    )<br>                                              )<br>CHAD HERSHEY,                       )<br>                                              )<br>                        Defendant.     ) | 8:06CR62<br><br>ORDER |

Defendant Chad Hershey appeared before the court on Tuesday, November 5, 2013 for a detention hearing as to the Petition for Warrant for Offender Under Supervision [39].  The defendant was represented by Attorney Jennifer Gilg from the Federal Public Defender's Office and the United States was represented by Assistant U.S. Attorney Kimberly Bunjer.  Defendant had previously waived his right to a preliminary examination.  The government moved for detention. Probation has completed the court ordered investigation of a placement plan and is amenable to releasing the defendant to the recommended residence.  The government does not object to the recommended place of residence.  Therefore, the defendant will be released on current conditions of supervision.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **December 10, 2013 at 8:30 a.m.**  Defendant must be present in person.

2. The defendant is to be released on current conditions of supervision.

3. The Clerk shall deliver a certified copy of this order to the U.S.Marshal for the District of Nebraska for processing of the afore mentioned defendant.

DATED this 5th day of November, 2013.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge