IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR62 |
| | ) | |
| vs. | ) | ORDER TO DISMISS |
| | ) | |
| CHAD HERSHEY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 59), and the recommendation of the U.S. Probation Officer the court finds that the defendant's supervision should terminate.

IT IS ORDERED that the Motion to Dismiss the Petition for Offender Under Supervision (Filing No. 39) granted and the defendant's supervision is terminated.

Dated this 5th day of March, 2015.

BY THE COURT:


s/ Joseph F. Bataillon
Senior United States District Judge